IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDEE ANDERSON,<br>Plaintiff,<br>v.<br>CITY OF PHILADELPHIA, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 26-5266 |

**ORDER**

**AND NOW**, this 10th day of November 2026, in view of the filing of Plaintiff's First Amended Complaint (Doc. No. 19) it is **ORDERED** that Defendants City of Philadelphia, Alex DeSantis, Cherelle Parker, Vanessa Garrett-Harley and Joseph Grace's Motion to Dismiss (Doc. No. 18) is **DENIED WITHOUT PREJUDICE AS MOOT**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.